**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jacie Elizabeth KYGER, Defendant–Appellant.**

No. 15–7080.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 15, 2015.

Decided: Oct. 20, 2015.

Jacie Elizabeth Kyger, Appellant Pro Se. Grayson A. Hoffman, Assistant United States Attorney, Harrisonburg, Virginia, for Appellee.

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacie Elizabeth Kyger appeals the district court's order denying her 18 U.S.C. § 3582(c) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Kyger*, No. 5:12–cr–00042–MFU–1 (W.D.Va. June 25, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*